FILED
DISTRICT COURT OF GUAM

JAN 07 2021

JEANNE G. QUINATA
CLERK OF COURT

## THE DISTRICT COURT OF GUAM

In re:

KANDIT NEWS GROUP,

     Respondent.

MISC. CASE NO. 21-000__    21-00001

**ORDER TO SHOW CAUSE**

It has been brought to the court's attention that KANDIT NEWS GROUP was live streaming the audio of a court proceeding in Criminal Case No. 19-00036, *United States v. Jesse Mendiola Blas*, which is in violation of Federal Rule of Criminal Procedure 53 and this court's General Orders, as recent as General Order No. 20-0032.

KANDIT NEWS GROUP shall appear before this court on January 7, 2021, at 1:30 p.m., to show why it shall not be held in contempt.

**SO ORDERED.**

_____
Frances M. Tydingco-Gatewood
Chief Judge

1