**THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| In re:<br><br>KANDIT NEWS GROUP,<br><br>        Respondent. | MISC. CASE NO. 21-00001<br><br><br>**ORDER** |

Pursuant to 18 U.S.C. § 401, the court has the "power to punish by fine or imprisonment, at its discretion, such contempt of its authority, and none other, as…[d]isobedience or resistance to its lawful writ, process, order, rule, decree, or command." "[P]etty, direct contempts in the presence of the court traditionally have been subject to summary adjudication, to maintain order in the courtroom[.]" *Int'l Union, United Mine Workers of Am. V. Bagwell*, 512 U.S. 831, 832 (1994).

The court finds Respondent in direct contempt of Federal Rule of Criminal Procedure 53 and this court's general orders, including General Order No. 20-0032. KANDIT NEWS GROUP'S action interrupted the court's proceeding and wasted this court's time and resources.

Accordingly, it is hereby **ORDERED** that

1. KANDIT immediately cease livestreaming this court's proceeding in Criminal Case No. 19-00036, *United States v. Jesse Mendiola Blas*, and any other court proceedings.

2. KANDIT immediately delete any and all recordings it made of the court's proceeding in Criminal Case No. 19-00036, *United States v. Jesse Mendiola Blas*.

3. KANDIT pay a fine of $50.00 to the Clerk of Court no later than January 8, 2021, at 12:00 p.m.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jan 07, 2021**