# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: 1:21-mc-00001      DATE: January 07, 2021
CAPTION: In re Kandit News Group

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Spencer Tolson / Karen Quitlong     Court Reporter: Veronica Flores
Courtroom Deputy: Carmen B. Santos     Hearing Times: 1:54 - 2:09
CSO: Jr Meno

**APPEARANCES:**

Counsel for Plaintiff(s)      Respondent:
     Troy Torres, Pro Se

**PROCEEDINGS: Show Cause Hearing**

- Court questioned Mr. Torres. Court finds Kandit News Group in direct contempt and orders payment of $50 fine by 12:00 Noon, January 8, 2021.

NOTES: